**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03305-RPM

ANTHONY MARTINEZ,

      Plaintiff,

v.

PATRICK BACKER,
CHERYL HERRERA,
MATTHEW MITCHELL,
LA PLATA COUNTY, COLORADO, and
UNITED STATES OF AMERICA,

      Defendants.

_____

ORDER EXTENDING TIME FOR DEFENDANT UNITED STATES OF AMERICA TO
RESPOND TO THE COMPLAINT
_____

      Upon consideration of Defendant United States of America's motion to amend

summonses and for an extension of time to respond to the Amended Complaint [Doc. 10], it

is

      ORDERED that the deadline for Defendant United States of America to respond to

the Complaint is extended until June 1, 2015.

      DATED this 23rd day of April, 2015.

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge