**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                November 5, 2015
Courtroom Deputy:    Robert R. Keech
FTR Technician:      Kathy Terasaki

---

Civil Action No.  **14-cv-03305-RPM**          Counsel:

**ANTHONY MARTINEZ**,                          Raymond K. Bryant

     Plaintiff,

v.

**PATRICK BACKER;**                            Patrick T. Mason
**CHERYL HERRERA;**                            Jeffrey L. Driscoll
**MATTHEW MITCHELL; and**                      Amy L. Padden
**LA PLATA COUNTY, COLORADO**,

     Defendants.

---

## COURTROOM MINUTES

**MOTION HEARING:  Defendants' Motion for Certification [ECF Doc. No. 27], filed August 17, 2015, and Defendants' Motion to Consolidate [ECF Doc. No. 36], filed October 7, 2015**

**1:57 p.m.**     **Court in session.**

        Court calls case.

        Appearances of counsel.

        Defendants' Motion to Consolidate [ECF Doc. No. 36], filed October 7, 2015, is raised for argument.

2:02 p.m.         Argument by Plaintiff by Mr. Bryant.

2:10 p.m .        Argument by Defendants by Mr. Driscoll.

| | |
|---|---|
| 2:13 p.m. | Argument by Defendants by Ms. Padden. |
| 2:15 p.m. | Argument by Defendants by Mr. Mason. |
| 2:26 p.m. | Argument by Defendants by Ms. Padden. |
| 2:27 p.m. | Argument by Plaintiff by Mr. Bryant. |
| 2:28 p.m. | Argument by Defendants by Ms. Padden. |
| 2:28 p.m. | Argument by Plaintiff by Mr. Bryant. |

**ORDERED:** Defendants' Motion to Consolidate [ECF Doc. No. 36], filed October 7, 2015, is **GRANTED.**

**ORDERED:** Civil Action Number 15-cv-01993-RBJ shall be consolidated with this case.

**2:29 p.m.   Court in recess.   Hearing concluded.**

**Total time:  33 minutes.**