# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03305-RPM

ANTHONY MARTINEZ,

    Plaintiff,

v.

PATRICK BACKER,
CHERYL HERRERA,
MATTHEW MITCHELL and
LA PLATA COUNTY, COLORADO,

    Defendants.
_____

## ORDER OF CONSOLIDATION
## CIVIL ACTIONS 14-cv-03305-RPM and 15-cv-01993-RBJ
_____

Upon the hearing held in this civil action on November 5, 2015 on the motion of the individual defendants to consolidate newly filed Civil Action No. 15-cv-01993-RBJ, Anthony Martinez v. Patrick Backer, Cheryl Herrera, Matthew Mitchell and/or The United States of America, the Court finds that

Both cases require a determination of the authority and status of officers Backer, Herrera, and Mitchell as defendants and that, in turn will determine whether the United States is liable for their conduct as tortious acts and whether they have immunity for the constitutional torts alleged against them in Civil Action 14-cv-03305-RPM.

It is ORDERED that Civil Actions 14-cv-03305-RPM and 15-cv-01993-RBJ are consolidated.

DATED: November 6, 2015

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge